ACCEPTED
05-15-00105-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 12:23:50 PM
LISA MATZ
CLERK

# DARRELL W. COOK & ASSOCIATES

A PROFESSIONAL CORPORATION
5005 GREENVILLE AVENUE, SUITE 200
DALLAS, TEXAS 75206

DARRELL W. COOK

STEPHEN W. DAVIS
CATHERINE A. KEITH
MELISSA J. PARKER

TOM MELTON
OF COUNSEL

TELEPHONE (214) 368-4686
~~FACSIMILE (214) 292-8979~~
WWW.ATTORNEYCOOK.COM

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 12:23:50 PM
LISA MATZ
Clerk

March 31, 2015

*VIA CERTIFIED MAIL 7014 1200 0001 5383 1244*
*RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL*
AMERICAN LITHO GRAPHICS, INC.
By and through its registered agent:
Juan Mollinedo
3233 W. Kingsley Rd
Garland, Texas 75041

Re:  *In the Court of Appeals, Fifth District of Texas, Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation v. American Litho Graphics; Cause No. 05-15-00105-CV*

*Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation v. American Litho Graphics in the 162nd Judicial District Court, Dallas County, Texas; Cause No. DC-14-08073*

Dear Mr. Mollinedo:

In reference to the above matter, please find enclosed *Appellant's Brief* which was electronically filed with the Court of Appeals today.

Thank you for your assistance in this matter. Should you have any questions or if I can be of any assistance, please do not hesitate to contact me.

Sincerely,

DARRELL COOK & ASSOCIATES,
A PROFESSIONAL CORPORATION

/s/ Jose R. Espinosa                               .
JOSE R. ESPINOSA
Law Clerk
*jose@attorneycook.com*

JRE/st
Enclosures

cc: (without enclosures)

*VIA EFILE.TXCOURTS.GOV*
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202

cc: (with enclosures)

*VIA EFILE.TXCOURTS.GOV*
Hon. Phyllis Lister Brown
162ND JUDICIAL DISTRICT COURT
George L. Allen, Sr. Courts Bldg.
600 Commerce Street
Box 740
Dallas, Texas 75202